# WARNING: AT LEAST ONE DOCUMENT COULD NOT BE INCLUDED!
You were not billed for these documents.
Please see below.

## Selected docket entries for case 22–15910

Generated: 09/19/2025 08:24:22

| Filed | Document Description | Page | Docket Text |
|---|---|---|---|
| 06/04/2024 | 54 Post Judgment Form **DOCUMENT COULD NOT BE RETRIEVED!** | | FILED OPINION (EUGENE E. SILER, JACQUELINE H. NGUYEN and RYAN D. NELSON) AFFIRMED IN PART, VACATED IN PART, AND REMANDED. Opinion by Judge R. Nelson;Concurrence by Judge R. Nelson. FILED AND ENTERED JUDGMENT. **Docket entry corrected to reflect opinion filing.** [12889266] (AH) |