UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 15 2024



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHRISTOPHER CALISE; ANASTASIA GROSCHEN, | No.   22-15910 |
| Plaintiffs-Appellants, | D.C. No. 4:21-cv-06186-JSW Northern District of California, Oakland |
| v. | |
| META PLATFORMS, INC., | ORDER |
| Defendant-Appellee. | |

Before:  SILER,[*] NGUYEN, and R. NELSON, Circuit Judges.

The panel requests that Plaintiffs-Appellants respond to Defendant-Appellee's petition for panel rehearing (**Dkt. 56**).  *See* FED. R. APP. P. 40(a)(3).

Plaintiffs-Appellants shall file any response by July 29, 2024.

---

[*]     The Honorable Eugene E. Siler, United States Circuit Judge for the U.S. Court of Appeals for the Sixth Circuit, sitting by designation.