| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | AUG 30 2024 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

CHRISTOPHER CALISE; ANASTASIA GROSCHEN,

           Plaintiffs-Appellants,

 v.

META PLATFORMS, INC.,

           Defendant-Appellee.

No. 22-15910

D.C. No. 4:21-cv-06186-JSW
Northern District of California, Oakland

ORDER

Before: SILER,[*] NGUYEN, and R. NELSON, Circuit Judges.

The panel has unanimously voted to deny Appellee's petition for panel rehearing, Dkt. 56. That petition is **DENIED**.

---

[*] The Honorable Eugene E. Siler, United States Circuit Judge for the U.S. Court of Appeals for the Sixth Circuit, sitting by designation.